WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
nlehman@wrightlegal.net
*Attorneys for Defendant, Ocwen Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS MISDAY,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED COLLECTION SERVICE, INC.; OCWEN LOAN SERVICING, LLC; WELLS FARGO FINANCIAL NATIONAL BANK, EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:15-CV-01890-RFB-PAL<br><br>Consolidated with:<br>Case No. 2:15-cv-01894-RFB-PAL<br>Case No. 2:15-cv-01907-RFB-PAL<br>Case No. 2:15-cv-02018-RFB-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OCWEN LOAN SERVICING, LLC** |

Plaintiffs Barbara Misday and Thomas ("Plaintiffs"), by and through their counsel of record, Haines & Krieger, LLC, and Defendant Ocwen Loan Servicing; LLC ( "Ocwen"), by and through their counsel of record, Wright, Finlay& Zak, LLP, hereby stipulate and agree as follows:

WHEREAS, the above captioned action concerns credit reporting related to a Note and Deed of Trust (the "Loan") involving real property located at 2234 Lucerne Drive, Henderson, Nevada 89014, Assessor's Parcel Number 178-07-110-060 ("Property");

WHEREAS, Plaintiffs Thomas and Barbara Misday (hereinafter, "Plaintiffs" or the "Misdays") filed four separate actions in this District that involve common questions of law and

fact: *Thomas Misday v. Allied Collection Services, Inc., et. al.,* Case No. 2:15-CV-01890-RFB-PAL filed on October 1, 2015 ("Action 1"); *Thomas Misday v. Nevada Credico Inc., d/b/a Quantum Collections, et. al.,* Case No. 2:15-CV-1894-GMN-VCF, filed on October 2, 2015 ("Action 2"); *Barbara Misday v. Allied Collection Service, Inc., et.al.,* Case No. 2:15-CV-01907-JAD-NJK, filed on October 5, 2015 ("Action 3"); *Barbara Misday v. BMW Financial Services, et.al.,* Case No.2:15-CV-02018-RFB-PAL, filed on October 19, 2015 ("Action 4"), with all four actions involving complaints alleging causes of action against Ocwen for violations of the federal Fair Credit Reporting Act;

WHEREAS, on January 7, 2016, this Court entered a Transfer and Consolidation Order, consolidating Actions 1, 2, 3 and 4, with Case No. 2:15-cv-1890-RFB-PAL serving as the Base Case;

WHEREAS, on March 16, 2016, Plaintiffs filed a First Amended Complaint in the Base Case, consolidating the causes of action contained in the complaints filed in Actions 1, 2, 3, and 4;

WHEREAS, the parties have come to a global settlement agreement regarding the disputes arising out of Actions 1, 2, 3 and 4, and have executed a settlement agreement.

NOW WHEREFORE, in resolution of the claims against Ocwen alleged in the Complaints filed in Actions 1, 2, 3 and 4 and the claims against Ocwen alleged in the First Amended Complaint,

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED that the Complaints filed in Actions 1, 2, 3, and 4, and the First Amended Complaint, are dismissed with prejudice as to Defendant Ocwen, with each party to bear their own fees and costs.

IT IS SO STIPULATED AND AGREED.

DATED this 14th day of April, 2016.
**HAINES & KRIEGER, LLC**

*/s/ David H. Krieger, Esq.*
David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Ave., Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
Fax:   (702) 385-5518
*Attorneys for Plaintiffs, Barbara Misday and Thomas Misday*

DATED this 14th day of April, 2016.
**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Natalie C. Lehman, Esq.*
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
Phone: (702) 475-7964 Fax: (702) 946-1345
*Attorneys for Defendant, Ocwen Loan Servicing, LLC*

## **ORDER**

IT IS SO ORDERED.

Dated this 21st day of April, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

*Respectfully submitted by:*
**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Natalie C. Lehman, Esq.*
Natalie C. Lehman, Esq. (NV Bar No. 12995)
*Attorneys for Ocwen Loan Servicing, LLC*